G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (866) 205-2730
tmartin@consumerlawcenter.com

Attorneys for Plaintiff
AGNES GAVINO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES GAVINO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ENHANCED RECOVERY COMPANY, LLC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendant. | Case No.: 12-CV-01972-CAS-PLA<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41a(1), Plaintiff, AGNES GAVINO (hereinafter "Plaintiff"), by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED:
November 14, 2012

**PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

- 1 -

VOLUNTARY DISMISSAL